UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE (MANCHESTER)

| | |
|---|---|
| In re:<br>Alan Colpas<br>      Debtor<br>_____/ | Chapter 13<br>Case No.: 17-10958-BAH |

## OBJECTION TO PLAN

    Now comes U.S. Bank National Association (together with its predecessors, successors, affiliates, principals, and assigns, "Creditor") a creditor and party in interest herein, and, by and through its undersigned counsel, hereby objects to the proposed Chapter 13 Plan filed by Alan Colpas ("Debtor"). As grounds, Creditor states as follows:

1. Creditor is a secured creditor of Debtor and is secured by a first mortgage on Debtor's property located at 164 Whitehall Road, Hooksett, NH 03106 (the "Property").

2. As of July 1, 2017 the total pre-petition arrearage due and owing to Creditor is $103,137.27, subject to revision upon filing of Creditor's proof of claim.

3. On or about July 20, 2017, Debtor filed a Chapter 13 Plan (the "Plan").

4. The Plan provides for the payment of the pre-petition arrearage in the amount of $91,413.00.

5. The Plan does not provide for adequate treatment of Creditor's secured claim and is not feasible.

    WHEREFORE, Creditor respectfully requests that this Honorable Court deny confirmation of Debtors' proposed Chapter 13 Plan.

                                                     U.S. Bank National Association
                                                     By its Attorneys,

Dated: August 23, 2017

                                                     /s/ Joseph Dolben, Esq.
                                                     Joseph Dolben, Esq., #673113
                                                     Marinosci Law Group, P.C.
                                                     275 West Natick Road, Suite 500
                                                     Warwick, RI 02886
                                                     Telephone: (401) 234-9200
                                                     jdolben@mlg-defaultlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE (MANCHESTER)

In re:  Chapter 13
Alan Colpas  Case No.: 17-10958-BAH
     Debtor
_____/

## **CERTIFICATE OF SERVICE**

    I, Joseph Dolben, Esq., of Marinosci Law Group, P.C., do hereby certify that on August 23, 2017, I served a copy of the Objection to Confirmation of Plan on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

    Signed this 23rd day of August, 2017.

                        /s/ Joseph Dolben, Esq.
                        Joseph Dolben, Esq., #07379
                        Marinosci Law Group, P.C.
                        275 West Natick Road, Suite 500
                        Warwick, RI 02886
                        Telephone: (401) 234-9200
                        jdolben@mlg-defaultlaw.com

<u>VIA ECF</u>
Sandra A. Kuhn Esq., on behalf of Debtor
Lawrence P. Sumski, Esq., on behalf of Trustee
Office of the U.S. Trustee, on behalf of U.S. Trustee

<u>VIA US MAIL</u>
Alan Colpas
164 Whitehall Road
Hooksett, NH 03106