```
              UNITED STATES BANKRUPTCY COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE

                  In Re: Alan Colpas
                  Case No. 17-10958-BAH
                        Chapter 13
                          Debtor
```

**MOTION TO DISMISS**

NOW COMES LAWRENCE P. SUMSKI, Trustee in the above-cited case, and Moves to Dismiss, stating as follows:

1. The debtor has failed to make timely payments pursuant to the terms of his proffered Plan, causing an unreasonable delay which is prejudicial to creditors.

2. The debtor has failed to provide the required 341 Meeting review documents, namely his 2016 tax return.

3. The liquidation value of the estate has not been established, regarding a pending personal injury matter.

4. According to the Proof of Claim filed by the Internal Revenue Service, the debtor has failed to file returns since 2010.

5. According to the Objection to Confirmation of the debtor's Plan filed by the mortgagee, the Plan is underfunded.

WHEREFORE, the undersigned Chapter 13 Trustee Moves as follows:

A.  That the case be Dismissed for cause pursuant to § 1307.

B.  For such other and further relief as may be just.

Respectfully submitted,

Dated: September 11, 2017        /s/ Lawrence P. Sumski
                                 Lawrence P. Sumski,
                                 Chapter 13 Trustee
                                 1000 Elm Street
                                 Suite 1002
                                 Manchester, NH  03101
                                 ID# BNH01460