**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:                                                                                         Bk. No. 17-10958-BAH
                                                                                                         Chapter 13

Alan Colpas,
            Debtor(s)

**CHAPTER 13 ORDER OF THE COURT**

Hearing Date:     11/03/2017 09:00 am

**Nature of Proceeding:  Doc# 19 Motion to Dismiss Case For Failure to Make Plan Payments Filed by Trustee Lawrence P. Sumski**

OUTCOME OF HEARING:  GRANTED.  CASE IS DISMISSED.

IT IS SO ORDERED:

/s/Bruce A. Harwood        Dated:   11/03/2017
Bruce A. Harwood
Chief Judge